**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:     *United States v. Wayne J. Morgan, Jr.*, 20 Cr. 543 (GHW)

Dear Judge Woods:

The Government respectfully submits this letter motion in connection with the initial conference in matter set for November 2, 2020, at 11:00 a.m.  The Government understands that the defense wishes to proceed by videoconference, to which the Government has no objection.

The Government further requests, on consent, that the time between today and the next conference be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice. The exclusion of time will allow the government to produce discovery, the defense to review discovery, and the parties to discuss a potential resolution of the case without trial.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____/s/_____
Micah F. Fergenson
Assistant United States Attorney
(212) 637-2190

cc: Ian Marcus Amelkin (By ECF)

Application denied without prejudice.  Counsel for the United States is directed to review and comply with the Court's Individual Rules of Practice in Criminal Cases.  Counsel may renew this request in compliance with Rule 2(E) of those rules.  Counsel for the United States is specifically directed to comply in the future with the Rule 1 of those rules.  Counsel for the United States appears not to have done so in this case, first notifying the Court of the case after 8:00 p.m. on the day after the indictment was wheeled out to Judge Woods.

SO ORDERED
Dated:    October 16, 2020
         New York, New York



GREGORY H. WOODS
United States District Judge