March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

Wayne Morgan          ,
                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- 543 (GHW) (__)

Defendant __Wayne Morgan_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

_X_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


__Wayne Morgan by SDA_____        __Ian Marcus Amelkin by SDA_____
Defendant's Signature                           Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


__Wayne Morgan by SDA_____        __Ian Marcus Amelkin by SDA_____
Print Defendant's Name                         Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

*[signature: Stewart D. Aaron]*

_11/2/2020_____                        _____
Date                                                      U.S. Magistrate Judge