UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                      :

UNITED STATES OF AMERICA         :

-v-                                :                1:20-cr-543-GHW

WAYNE J. MORGAN and         :                <u>ORDER</u>
WARREN M. WILDER,

                           Defendants.
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The proceeding currently scheduled in this matter for February 9, 2021 at 11:00 a.m. is adjourned to 12:00 p.m. The proceeding will be held remotely via teleconference. Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated: February 3, 2021

                                                                      GREGORY H. WOODS
                                                              United States District Judge