March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Wayne Morgan

        Defendant(s).

-----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

20 -CR- 543 (GHW)(__)

Defendant __Wayne Morgan__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

__X__ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Gregory H. Woods_  2/9/21  On behalf of Mr. Morgan on consent

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Wayne Morgan**
Print Defendant's Name

Jonathan Marvinny  _Digitally signed by Jonathan Marvinny_
_Date: 2021.02.04 11:43:04 -05'00'_

Defense Counsel's Signature

**Jonathan Marvinny**
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

February 9, 2021
Date

_/s/ Gregory H. Woods_
U.S. District Judge/U.S. Magistrate Judge