UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

        :

UNITED STATES OF AMERICA       :

        :

        :

     -v-       :              1:20-cr-543-GHW

        :

WAYNE J. MORGAN and       :          ORDER
WARREN M. WILDER,        :

        :

        Defendants.  X

------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      The proceeding currently scheduled in this matter for April 6, 2021 is adjourned to April 8, 2021 at 12:00 p.m.  The proceeding will be held remotely via teleconference.  Members of the public who wish to audit the proceeding may do so using the following dial-in information:

 (888) 557-8511; Access Code: 7470200#.

SO ORDERED.

Dated:  April 1, 2021

_____
          GREGORY H. WOODS
        United States District Judge