```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA                                  :
                                                             :
                                                             :
                      -v-                                    :
                                                             :
   WAYNE J. MORGAN and                                       :
   WARREN M. WILDER,                                         :
                                                             :
                                  Defendants.                :
------------------------------------------------------------ X
```

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/21
</pre>

1:20-cr-543-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On March 28, 2021, Defendant Warren M. Wilder submitted an application for pretrial release or for a bail review hearing. The application was submitted to the Court by email. The Court will conduct a bail review hearing on April 8, 2021 during the scheduled pre-trial conference in this matter, which the Court understands to be the earliest date on which Mr. Wilder can be produced given the timing of the application. To the extent that the United States wishes to submit a written response to Mr. Wilder's application, it must be filed no later than April 6, 2021.

The defendant has not presented adequate justification for the Court to permit the submission of the defendant's application under seal in its entirety given the presumption of public access to judicial documents. Portions of the application may properly be redacted given the nature of the information described in it. The defendant is directed to file the application on ECF with any proposed redactions no later than April 5, 2021.

SO ORDERED.

Dated: April 1, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge