UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  UNITED STATES OF AMERICA

                    -v-                                              1:20-cr-543-GHW

  WAYNE J. MORGAN and                             ORDER
  WARREN M. WILDER,

                                Defendants. X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

    The proceeding scheduled in this matter for May 21, 2021 at 9:00 a.m. will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: May 12, 2021
       New York, New York

                                                                                 _____
                                                                                  GREGORY H. WOODS
                                                                       United States District Judge