USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                  -v-                             1:20-cr-543-GHW

   WAYNE J. MORGAN and                        ORDER
   WARREN M. WILDER,

                          Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during a status conference held on May 21, 2021, trial in this matter will commence on February 7, 2022 at 9:00 a.m. The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      Pretrial motions by Defendants are due no later than August 27, 2021. The Government's opposition to any defense motions are due no later than September 17, 2021. Defendants' replies, if any, are due no later than September 24, 2021. The Court will hold a hearing on any defense motions necessitating a hearing on November 23, 2021 at 11:00 a.m.

      The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than December 17, 2021. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference on January 20, 2022 at 11:00 a.m.

      The parties are further directed to submit (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than December 17, 2021. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: May 21, 2021

_____
GREGORY H. WOODS
United States District Judge