USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2021

## MEMORANDUM ENDORSED

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**VIA ECF**

September 13, 2021

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Wayne Morgan**
      20 Cr 543 (GHW)

Dear Judge Woods:

I write with the consent of the Government to request that the Court set a conference in this matter for the morning of Wednesday, October 13 or sometime after that date, preferably on a Monday, Wednesday, or Friday, excluding October 25. The defense anticipates that Mr. Morgan will change his plea on that date.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

CC: Micah Ferguson, AUSA (via ECF)

Defendant's request for a conference is granted. The Court will hold a conference on October 15, 2021 at 10:00 a.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The parties are directed to appear before the Court at that time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

**SO ORDERED.**

Dated:  September 16, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge