**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

# MEMORANDUM ENDORSED

January 27, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2022
```

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   United States v. Wayne Morgan
      20 Cr 543 (GHW)

Dear Judge Woods:

I write with the consent of the Government to respectfully request the Court adjourn Mr. Morgan's sentencing, currently scheduled for Monday, February 28, 2022 for at least one month. The defense requests this additional time to prepare Mr. Morgan's sentencing letter, gather additional supporting documents, and meet with Mr. Morgan in person. Mr. Morgan is currently at Essex County Correctional Center which has inmates taking their legal calls in public spaces. Our office is working to remedy this problem, but in the meantime, I would like additional time to meet with Mr. Morgan in person prior to filing our submission. The parties continue to consent to the agreed upon briefing schedule where the defense will file its submission three weeks prior to sentencing. Thank you for the Court's consideration of this adjournment.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

Application granted.  The sentencing hearing in this matter is adjourned to March 29, 2022 at 10:00 a.m.  The defense's sentencing submissions are due three weeks before sentencing. The Government's sentencing submissions are due two week before sentencing.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 83.

SO ORDERED.

Dated:  February 1, 2022

_____
GREGORY H. WOODS
United States District Judge