USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
    UNITED STATES OF AMERICA     :

                -v-                :       1:20-cr-543-GHW-1

    WAYNE J. MORGAN,              :
                                        ORDER
                       Defendant.  :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The sentencing hearing in this matter is adjourned to April 14, 2022 at 11:00 a.m.

    SO ORDERED.

Dated: March 23, 2022
New York, New York

                                                   GREGORY H. WOODS
                                            United States District Judge