```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA                                   :
                                                              :
                                                              :
                  -v-                                         :
                                                              :        1:20-cr-543-GHW-1
   WAYNE J. MORGAN,                                           :
                                                              :           ORDER
                                          Defendant.          :
------------------------------------------------------------- X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 4/12/2022 |

GREGORY H. WOODS, United States District Judge:

A sentencing hearing in this matter is scheduled to take place on April 14, 2022 at 11:00 a.m. Given the disputed issues outlined in the parties' sentencing submissions, the Court does not anticipate that it will sentence Mr. Morgan during the proceeding scheduled for April 14, 2022. Instead, the Court expects to discuss whether a *Fatico* hearing is required to resolve disputed factual issues, and, if so, the appropriate structure for the presentation of evidence to the Court.

SO ORDERED.

Dated: April 12, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge