```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                              :

UNITED STATES OF AMERICA       :

                                              :

                    -v-                         :                      1:20-cr-543-GHW-1

WAYNE J. MORGAN,               :
                                             :                      <u>ORDER</u>
                                  Defendant. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As stated on the record at the conference held on April 14, 2022, the Government's opening package of evidence in relation to the disputed sentencing issue is due no later than April 19, 2022. The Defendant's opposing submissions are due two weeks following the date of service of the Government's submission. The Government's rebuttal, if any, is due one week following the date of service of Defendant's opposition. Defendant's sur-rebuttal, if any, is due one week following the date of service of the Government's reply. The sentencing hearing in this matter is adjourned to June 9, 2022 at 1:00 p.m.

       SO ORDERED.

Dated: April 14, 2022
New York, New York

                                                                     _____
                                                                       GREGORY H. WOODS
                                                                  United States District Judge