```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :
                                 :
WAYNE J. MORGAN, JR.,            :
     a/k/a "Wayne S. Morgan,"    :
     a/k/a "Jason Morgan," and   :
WARREN MICHAEL WILDER,           :
     a/k/a "Supreme,"            :
     a/k/a "Preme,"              :
                                 :
               Defendants.       :
                                 :
-------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/6/2022

**3500 PROTECTIVE ORDER**

S1 20 Cr. 543 (GHW)

Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Micah Fergenson, Assistant United States Attorney, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500, *Giglio v. United States*, 405 U.S. 150 (1972), and the Government's general disclosure obligations, relating to (1) witnesses the Government anticipates may be called to testify at the *Fatico* hearing ("3500 Material"), and (2) individuals the Government does not anticipate calling at the *Fatico* hearing ("Other Witness Material"), IT IS HEREBY ORDERED that:

(1) subject to defense counsel's obligation to retain

client files under the Rules of Professional Conduct, defense counsel must destroy or return to the Government all 3500 Material (and any copies thereof) at the conclusion of the hearing of this matter or when any appeal has become final;

(2) the defense and the defendant are precluded from disseminating any of the 3500 Material (and any copies thereof) to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense;

(3) the defendant is precluded from taking or keeping any copies (paper or electronic) of the 3500 Material with him into any jail facility, whether before, during, or after trial, except that the defendant may review copies of the 3500 Material in the possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense; and

(4) all Other Witness Material shall be marked "ATTORNEYS' EYES ONLY" and shall not be disseminated to the defendant or anyone else beyond defense counsel and any paralegal or staff employed by the defense – nor shall the names of witnesses reflected in any Other Witness Material be disclosed to the defendant – unless with the Government's consent or by further

order of the Court on defense application.

SO ORDERED.

Dated:   New York, New York
         June  6 , 2022

                                                    THE HONORABLE GREGORY H. WOODS
                                                   UNITED STATES DISTRICT JUDGE