UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :
  UNITED STATES OF AMERICA         :
                                                          :
                                        -v-                                    :                1:20-cr-543-GHW
                                                           :
  WAYNE J. MORGAN, and WARREN M.     :
  WILDER                                             :                <u>ORDER</u>
                                                           :
                                                Defendants.  :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/22

GREGORY H. WOODS, United States District Judge:

        The *Fatico* hearing scheduled to take place on June 10, 2022 at 9:00 a.m. is adjourned to June 23, 2022 at 9:00 a.m.

        SO ORDERED.

Dated: June 7, 2022
New York, New York

                                                                  GREGORY H. WOODS
                                                           United States District Judge