```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA                                   :
                                                               :
                                                               :
                    -v-                                        :
                                                               :
    WAYNE J. MORGAN, and                                       :
    WARREN M. WILDER                                           :
                                                               :
                                            Defendants.        :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2022

1:20-cr-543-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The *Fatico* hearing scheduled to take place on June 23, 2022 is adjourned to August 11, 2022 at 10:00 a.m. at the request of counsel for Mr. Morgan.

SO ORDERED.

Dated: June 21, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge