```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
  UNITED STATES OF AMERICA                                   :
                                                             :
                                                             :
                -v-                                          :
                                                             :
  WAYNE J. MORGAN, and                                       :
  WARREN M. WILDER                                           :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/14/2022 |

1:20-cr-543-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The *Fatico* hearing scheduled to take place on August 11, 2022 is adjourned to October 11, 2022 at 10:00 a.m. at the request of the parties.

SO ORDERED.

Dated: July 14, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge