```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- : 1:20-cr-543-GHW
:
WAYNE J. MORGAN, : ORDER
:
Defendant. :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

A sentencing hearing is hereby scheduled for Defendant Wayne J. Morgan on October 18, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge